**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

LARRY E. MITCHELL,

            **Plaintiff,**

    **V.**                                  **CASE NO.  05-C-24**

MIDLAND CREDIT RECEIVABLES, INC.,
MRC RECEIVABLES CORPORATION, and
ENCORE CAPITAL GROUP, INC.,
f/k/a MCM Capital Group, Inc.,

            **Defendants.**

## ORDER

        Pursuant to Title 28, United States Code, Section 455(b)(5)(iii), I herewith recuse myself from participation in this case.  Accordingly,

        **IT IS ORDERED** that this matter be returned to the Clerk of Court for random reassignment.

        Dated at Milwaukee, Wisconsin, this 2nd day of September, 2005.

                                **BY THE COURT:**

                                s/ Rudolph T. Randa
                                **Hon. Rudolph T. Randa**
                                **Chief Judge**